McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANK D. ARIAS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>   Commissioner Of Social Security,<br><br>    Defendant. | CASE NO. 2:18-cv-02791-KJN<br><br>**STIPULATION AND ORDER FOR REMAND TO AGENCY PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR** |

IT IS HEREBY STIPULATED, by and between Frank D. Arias (Plaintiff) and Andrew Saul, Commissioner Of Social Security (Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the evidence including, but not limited to, the medical-opinion evidence.

////

////

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: September 9, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　SACKETT AND ASSOCIATES

　　　　　　　　　　　　　　　　　　　　　By: /s/ *Harvey P. Sackett*\*
　　　　　　　　　　　　　　　　　　　　　HARVEY P. SACKETT
　　　　　　　　　　　　　　　　　　　　　(*Authorized as to form by e-mail on September 6, 2019)
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: September 9, 2019　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　By: /s/ *Sharon Lahey*
　　　　　　　　　　　　　　　　　　　　　SHARON LAHEY
　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney


## **ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.


Dated: September 20, 2019

　　　　　　　　　　　　　　　　　　　　　_/s/ Kendall J. Newman_
aria.2791　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE